FILED

April 22, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002577623

**5**

LEONARD K. WELSH, CSB NO. 097954
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB, & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

JAMIE DALE BLOMBERG and
MARISA LYNETTE BLOMBERG,

Debtors.

Case No.  10-14132-B-13
Chapter  13
DC No.  KDG-2

Date:   June 2, 2010
Time:   1:00 p.m.
Place:  United States Bankruptcy Court
        1300 18th Street, First Floor
        Bakersfield, CA
Judge:  W. Richard Lee

## MOTION FOR AUTHORITY TO SELL REAL PROPERTY

The Motion for Authority to Sell Real Property filed by Jamie Dale Blomberg and

Marisa Lynette Blomberg ("Debtors") represents:

### I.

### INTRODUCTION

1.      Debtors filed a Voluntary Petition Under Chapter 13 and a Chapter 13 Plan ("the

Plan") on April 19, 2010.  Debtors have remained in possession of their property since that time.

The assets owned by Debtors include a single family residence located at 126 Niles Street,

Bakersfield, California ("the Niles Street Property").  The Plan provides for the sale of the Niles

Street Property and that creditors holding tax liens and deeds of trust against the property will be

paid from proceeds received from the sale.  See Chapter 13 Plan, Section VII – Additional

30U6238.DOC                                    1

Provisions, at Paragraph 7.02. A copy of Debtors' Chapter 13 Plan is included in the <u>Exhibits to Motion for Authority to Sell Real Property</u> on file herein ("the Exhibits").

## II.

## <u>SALE OF NILES STREET PROPERTY</u>

2.      Debtors have received an offer to purchase the Niles Street Property from Pedro and Sofia de Zarco ("Buyers") for $135,000.00. A copy of the California Residential Purchase Agreement and Joint Escrow Instructions between Buyers and Debtors is included in the <u>Exhibits</u>. The sale of the Niles Street Property to Buyers for $135,000.00 will result in payment in full of all allowed claims secured by liens against the Niles Street Property and payment of $10,947.46 to Debtors.

3.      Debtors believe that the Niles Street Property is subject to the following encumbrances of record and that there are no other liens against the Niles Street Property:

| Name of Creditor | Class of Claim | Estimated Amount of Claim |
|---|---|---|
| a.  Kern County Tax Collector | Real Property Tax Lien Dates: 2009-2010 | $      3,902.54 |
| b.  Olivieri Commercial Group Retirement Trust | Deed of Trust Recorded: October 23, 2008 | 63,000.00 |
| c.  Stan and Judy Blomberg | Deed of Trust Recorded: October 21, 2009 | 45,000.00 |

Stan and Judy Blomberg are Jamie Dale Blomberg's parents and the debt owed to Stan and Judy represents loans made to Debtors in 2009. Copies of the Deeds of Trust held by the Olivieri Commercial Group Retirement Trust and Stan and Judy Blomberg are included in the <u>Exhibits</u>.

4.      Debtors believe that the sale of the Niles Street Property is in their best interest and the best interest of their estate because:

a.      the obligations to the Kern County Tax Collector, Olivieri Commercial Group Retirement Trust, and Stan and Judy Blomberg secured by liens and encumbrances of record against the Niles Street Property will be paid in full from proceeds received from the sale, and

b.      it will be difficult for Debtors to pay the real property taxes and mortgage payments associated with the Niles Street Property during the term of the Plan, and the Niles Street Property will be at risk of loss if Debtors cannot pay the real property taxes and mortgage payments during the term of the Plan.

### III.

### DISTRIBUTION OF PROCEEDS RECEIVED FROM SALE

5.      Proceeds received from the sale of the Niles Street Property will be paid and distributed as follows:

| | Name of Payee | Approximate Amount of Payment |
|---|---|---|
| a. | Kern County Tax Collector | $    3,902.54 |
| b. | Olivieri Commercial Group | 63,000.00 |
| c. | Stan and Judy Blomberg | 45,000.00 |
| d. | Cost of Sale (9%) | 12,150.00 |
| e. | Debtors | 10,947.46 |

The dollar amounts reflected above are approximations and Debtors reserve the right to change the amount of payments to be made to the persons named above based on the accrual of interest and other charges needed to close escrow. A real estate commission of five percent of the purchase price or $6,750.00 is included in the Cost of Sale described above and will be paid to New Beginnings Financial & Real Estate, Inc. ("New Beginnings"). Debtors are the officers, directors, and shareholders of New Beginnings.

6.     Debtors claimed $16,383.48 in equity in the Niles Street Property as exempt property in their Schedule C on file herein.  The $10,947.46 that Debtors will receive from the sale of the Niles Street Property represents an exemption that Debtors are entitled to receive under CCP Section 703.140 (b)(5) and not property subject to the claims of unsecured creditors of the estate.

## IV.

## LAW AUTHORIZING SALE

7.     11 USC Section 363(b)(1) provides that a trustee, or debtor in possession, may sell property of the estate other than in the ordinary course of business after notice and a hearing.  The law permits the sale of property of the estate before confirmation of a Plan if:

      a.     the proponent of the sale demonstrates a good, sound business justification for the sale,

      b.     there has been adequate and reasonable notice of the sale,

      c.     the sale has been proposed in good faith, and

      d.     the purchase price is fair and reasonable.

See In re Condere Corporation, 228 BR 615, 626 (Bankr. SD MS 1998).

8.     Debtors have provided notice of the Motion to the United States Trustee, the Chapter 13 Trustee, all creditors, and parties requesting special notice as required by law and a hearing on the Motion is set for June 2, 2010 at 1:00 p.m.  Debtors believe that the offer received from Buyers represents a fair and reasonable offer under the circumstances of their case and that their reorganization efforts will be benefited if they are permitted to sell the Niles Street Property to Buyers or their nominee for $135,000.00.  Debtors believe that the purchase price of $135,000.00 is fair and reasonable.

WHEREFORE, Debtors pray that:

1.     The Motion for Authority to Sell Real filed by Debtors be granted,

2. Debtors be authorized to sell the single family residence located at 126 Niles Street, Bakersfield, California to Pedro and Sofia de Zarco or their nominee for $135,000.00.

3. Debtors be authorized to distribute proceeds received from the sale of the Niles Street Property to the persons identified in Paragraph 5 above, and

4. Debtors be given such other relief as the Court deems to be just and proper.

Date: April 22, 2010

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL

/s/ Leonard K. Welsh

By _____
LEONARD K. WELSH
Attorneys for Debtors